COPY

1  M. JOHN CARSON CA Bar No. 25090
   jcarson@foley.com
2  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
3  555 SOUTH FLOWER STREET, SUITE 3500
   LOS ANGELES, CA 90071-2411
4  TELEPHONE: 213.972.4500
   FACSIMILE:      213.486.0065
5

6  Attorneys for Plaintiff THE WINSFORD
   CORPORATION
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 THE WINSFORD CORPORATION          Case No.: CV12-3676 CAS (JCGx)

12            Plaintiff,             **COMPLAINT FOR INJUNCTIVE**
                                     **RELIEF AND DAMAGES FOR:**
13       v.
                                     (1)  FEDERAL TRADEMARK
14 GLOBAL EQUIPMENT COMPANY               INFRINGEMENT
   INC.                                   [15 U.S.C. § 1114];
15                                   (2)  FALSE DESIGNATION OF
            Defendant.                    ORIGIN
16                                        [15 U.S.C. § 1125(a)];
                                     (3)  UNFAIR COMPETITION
17                                        [Cal. Bus. & Prof. Code § 17203];
                                     (4)  FALSE ADVERTISING
18                                        [Cal. Bus. & Prof. Code § 17500];
                                     (5)  INFRINGEMENT OF
19                                        REGISTERED TRADEMARK
                                          [Cal. Bus. & Prof. Code §§ 14320
20                                        and 14335];
                                     (6)  TRADEMARK DILUTION
21                                        [Cal. Bus. & Prof. Code § 14330];
                                          and
22                                   (7)  INTENTIONAL INTERFERENCE
                                          WITH EXISTING AND
23                                        PROSPECTIVE BUSINESS
                                          RELATIONS
24                                   (8)  COMMON LAW TRADEMARK
                                          INFRINGEMENT AND UNFAIR
25                                        COMPETITION)
                                     (9)  BREACH OF CONTRACT
26                                   (10) PROMISSORY FRAUD
27                                   **DEMAND FOR JURY TRIAL**
28

WINSFORD COMPLAINT FOR TM INFRING., UNFAIR COMP., BREACH OF CONTRACT, ETC.

## JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction over this action pursuant to Section 39 of the Federal Trademark Act, 15 U.S.C. § 1121, and the Judicial Code, 28 U.S.C. §§ 1331 and 1338. Additionally, this Court has jurisdiction pursuant to 28 U.S.C. § 1332, as this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. Finally, the Court has supplemental jurisdiction over Plaintiff's claims for Unfair Competition, False Advertising, Infringement of Registered Trademark, Trademark Dilution, Intentional Interference with Existing and Prospective Business Relations, Breach of Contract and Promissory Fraud, in that these claims arise out of the same transactions and occurrences as those giving rise to the federal question claims. The claims alleged herein arise under Section 43(a) of the Federal Trademark Act of 1946, as amended (commonly known as the "Lanham Act," 15 U.S.C. §§ 1051, *et seq.*), California Business and Professions Code Sections 14000, *et seq.*, California Business and Professions Code Sections 17200, *et seq.*, California Business and Professions Code Sections 17500, *et seq.*, California Business and Professions Code Sections 14320, 14330 and 14335, and the common law.

2.     Venue is proper in this judicial district under 28 U.S.C. § 1391(b), as a substantial part of the events or omissions giving rise to these claims occurred in this judicial district.

## PARTIES

Plaintiff The Winsford Corporation ("Plaintiff" or "Winsford") is a California corporation organized and existing under the laws of the State of California, having a principal place of business at 1800 Century Park East, Suite 820, Los Angeles, California 90067.  Forbes Industries, Inc. ("Forbes") is an operating division of Winsford and is located at 1933 East Locust Street, Ontario, California 91761.

4.      Plaintiff is informed and believes, and upon that basis alleges, that defendant Global Equipment Company Inc. ("Defendant" or "GEC") is a corporation organized and existing under the laws of the State of New York, with its principal place of business in Port Washington, NY.

## GENERAL ALLEGATIONS

5.      For decades prior to the acts complained of herein, Plaintiff has been continuously engaged in and has been well known for its manufacture, distribution and sale, throughout the United States, of a broad list of high quality hotel equipment.

6.      At least as early as 1983, Forbes adopted and commenced use of a "birdcage" design trademark for the upper portion of its brass bellmans' carts (hereinafter referred to as the "Birdcage Design"). Forbes continuously manufactured and sold carts utilizing the Birdcage Design up to the date of the acquisition of Forbes by Winsford in April, 1985. Winsford has manufactured and sold such carts to the present date. Plaintiff currently uses its Birdcage Design for goods sold in interstate commerce.

7.      Plaintiff's Birdcage Design is inherently distinctive and nonfunctional. Unlike traditionally shaped bellmans' carts, the upper portion of Plaintiff's bellmans' cart is curved to resemble the dome of a birdcage.

8.      Winsford and Forbes have sold substantial quantities of the Birdcage Design brass bellmans' carts throughout the United States. Plaintiff has extensively promoted the Birdcage Design carts by distributing thousands of catalogs depicting the Birdcage Design cart. Those catalogs have been distributed to major hotels, independent distributors and design houses.

9.      Plaintiff also attaches labels bearing the Birdcage Design mark to its shipping cartons containing these carts, to promote its Birdcage Design trademark and to identify its Birdcage Design brass bellmans' carts as originating from a single source.

2

4834-7948-0335.2

10.     As a result of Plaintiff's extensive and substantial promotional and sales activities, and the maintenance of premium quality standards relating thereto, Plaintiff's Birdcage Design mark has become well and favorably known to purchasers as a distinctive indicator of the origin of such carts.

11.     Plaintiff is the owner of United States Trademark Registration No. 1,682,820 for the Birdcage Design.  A true and correct copy of Plaintiff's trademark registration of its Birdcage Design on the Principal Register of the United States Patent and Trademark Office, Reg. No. 1,682,820, is attached hereto as **Exhibit A**.

12.     Plaintiff is also the owner of California Trademark Reg. No. 090,138 for the Birdcage Design. A true and correct copy of the Certificate of Registration of Trademark with the Office of the Secretary of State for the State of California Trademark Reg. No. 090,138, is attached hereto as **Exhibit B**.

13.     On May 18, 2010, counsel for Plaintiff contacted Defendant GEC regarding products for sale on Defendant's website which Plaintiff believed to infringe its Birdcage Design trademark.  These included:

    a)  carts with bars converging at an apex ("Converging Arches Design") in a manner confusingly similar to Plaintiff's Birdcage Design.  The Converging Arches Design was featured in carts bearing Item Nos. WB985309 and WB985310 on Defendant's weibsite; and

    b)  carts which appeared to be nearly indistinguishable counterfeits of Plaintiff's Birdcage Design carts, identified on Defendant's website as Item Nos. JM985118 and JM985119 ("JM Design carts").

Plaintiff informed Defendant of its trademark rights in the Birdcage Design and of Plaintiff's intention to enforce those rights.  A copy of the May 18, 2010 letter is

3

attached hereto as **Exhibit C,** along with printouts of Defendant's website from May 2010 depicting the Converging Arches Design carts and the JM Design carts.

14.     On June 16, 2010, counsel for Defendant wrote to counsel for Plaintiff and agreed that, in consideration of Plaintiff forbearing further legal action to enforce its trademark rights, Defendant would stop selling the Converging Arches and JM Design carts, and would red-design its carts without upper non-parallel bars.  A copy of the relevant correspondence is attached hereto as **Exhibit D**.  Thus, Defendant entered into an enforceable agreement with Plaintiff ("Cease and Desist Agreement") which, at a minimum, required Defendant to cease sales of the Converging Arches and JM Design carts, as well as any other carts having a design confusingly similar to Plaintiff's Birdcage Design.

15.     Plaintiff is informed and believes, and upon that basis alleges, that despite Defendant's knowledge of Plaintiff's prior established rights in the Birdcage Design trademark, and in spite of the Cease and Desist Agreement, defendant GEC has been marketing and selling bellmans' carts whose designs are, or appear on Defendant's website to be, substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design, and informing potential buyers and others in the hotel equipment industry of the availability of carts specifically designed to mimic Plaintiff's distinctive Birdcage Design. Specifically, Plaintiff is informed and believes that:

a) Since at least March 2012, Defendant has been advertising for sale on its website carts having the "Converging Arches Design" in direct violation of the Cease and Desist Agreement.  The Converging Arches Design is confusingly similar to Plaintiff's Birdcage Design.  Defendant's Converging Arches Design carts are identified on Defendant's website as at least the carts bearing Item Nos. WG985310 and WG985309.  Print-outs of samples of

4

Defendant's webpages advertising the Converging Arches Design carts are attached hereto as **Exhibit E.**

b) Defendant advertises for sale on its website a cart with a "Sphere Design" that is indistinguishable from Plaintiff's Birdcage Design such that it constitutes a counterfeit.  The Sphere Design carts are identified on Defendant's website as at least the carts bearing Item No. WGB464165.  Print-outs of samples of Defendant's webpages advertising the Sphere Design carts are attached hereto as **Exhibit F**.

c) Defendant advertises for sale on its website a cart with a "Diamond Design" that is confusingly similar to Plaintiff's Birdcage Design. The Diamond Design carts are identified on Defendant's website as at least the carts bearing Item Nos. WGB464172 and WGB464171.  Print-outs of samples of Defendant's webpages advertising the Diamond Design carts are attached hereto as **Exhibit G**.

d) Defendant advertises numerous other bellmans' carts for sale on its website that appear in representational images to possess Plaintiff's Birdcage Design.  For example, when a search is performed for "Bellman Cart" or "Luggage Cart" on Defendant's website, numerous images appear of carts that appear to possess Plaintiff's Birdcage Design.  These product images shall be referred to herein as the "Accused Depictions," and on Defendant's websites are associated with at least the carts bearing Item Nos. WG985118SL, WG985119SL, WG985118GD, WG985119GD, WG985656BK, WG985652GY, WG985653BY, WG985651BY, WG985656GY, WG985650BY, WG985657BY, WG985654BY, WG985643GY, WG985647BY, WG985648BY, WG985644GY, WG985648BK,

5

WG985651GY, WG985647GY, WG985654GY, WG985655BY ,
WG985649GY, WG985655GY, WG985656BY, WG985653GY,
WG985645GY, WG985658BY, WG985658BK, WG985654BK,
WG985648GY, WG985649BK, WG985650GY, WG985652BY,
WG985644BK , WG985645BY, WG985646BK, WG985646GY,
WG985646BY, G985657GY, WG985658GY , WG985650BK,
WG985649BY, WG985643BK, WG985643BY, WG985647BK ,
WG985651BK, WG985653BK , G985645BK , WG985657BK ,
WG985644BY, WG985652BK, and WG985655BK.  Defendant,
through its Accused Depictions on its website, is trading off of the
value of Plaintiff's distinctive Birdcage Design as well as creating
an improper impression in the minds of consumers that
Defendant's products are associated with Plaintiff.  Print-outs of
samples of Defendant's webpages featuring the Accused
Depictions are attached hereto as **Exhibit H**.

b)  The Sphere Design, Diamond Design, Converging Arches Design
and Accused Depictions will be collectively referred to herein as
the "Accused Designs."

16.    On March 13, 2012, and again on April 11, 2012, counsel for
Plaintiff wrote to Defendant regarding its infringement of the Birdcage Design.  In
particular, Plaintiff's April 11, 2012 email requested that Defendant rotate the
Accused Depictions so that they would not mimic Plaintiff's Birdcage Design, and
asked Defendant to immediately cease and desist sales and promotion of carts
having the Converging Arches Design.

17.    As of the date of filing of this Complaint, Plaintiff has received
no response from Defendant to Plaintiff's April 11, 2012 email.

18.    Defendant's use of the Accused Designs, which are
substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage

6

4834-7948-0335.2

Design, in the marketing and sale of bellmans' carts, shows that Defendant is trading on Plaintiff's goodwill, and is likely to cause confusion, or to cause mistake, or to deceive and therefore to mislead retailers, customers, lenders and the general public into believing that Defendant's products are the same quality as Plaintiff's bellmans' carts and are sponsored by or connected with Plaintiff.

19.     Plaintiff is informed and believes, and upon that basis alleges, that unless enjoined by this Court, Defendant will continue to use the Accused Designs to promote and sell its products into locations in California, in direct and unfair competition with Plaintiff.

## FIRST CLAIM FOR RELIEF

(Federal Trademark Counterfeiting and Infringement)

[15 U.S.C. § 1114]

20.     Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

21.     Defendant' use of the Accused Designs, which are substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design, in the marketing and sale of bellmans' carts is are likely to cause confusion, or to cause mistake, or to deceive and therefore violate Plaintiff's federally registered trademark rights in Plaintiff's Birdcage Design, rendering Defendant liable for trademark counterfeiting and infringement pursuant to 15 U.S.C. § 1114.

22.     Plaintiff is informed and believes, and upon that basis alleges, that Defendant had actual knowledge of Plaintiff's prior use and exclusive rights in its Birdcage Design trademark when Defendant began selling and marketing carts under the Accused Designs, which are substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design.  Accordingly, Defendant has willfully and deliberately infringed Plaintiff's exclusive rights in Plaintiff's trademark, thereby rendering Defendant liable to Plaintiff for Defendant's profits,

Plaintiff's costs of this action and Plaintiff's trebled damages, pursuant to 15 U.S.C. § 1117(a).

23.     Further, through the marketing of Sphere Design carts that are substantially indistinguishable from Plaintiff's Birdcage Design carts, Defendant has willfully and deliberately counterfeited Plaintiff's trademark, thereby rendering Defendant liable to Plaintiff for up to $2,000,000.00, pursuant to 15 U.S.C. § 1117(c)(2).

24.     Unless enjoined by this Court, Defendant will continue to counterfeit and infringe Plaintiff's Birdcage Design trademark by marketing and selling bellmans' carts using the Accused Designs which are substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design, thereby deceiving the public and causing Plaintiff immediate and irreparable damage for which Plaintiff has no adequate remedy at law.

25.     As a direct and proximate result of Defendant's above-described acts of trademark infringement, Plaintiff has suffered damages in an amount to be proven at trial in excess $75,000.

## SECOND CLAIM FOR RELIEF

(False Designation of Origin)

[15 U.S.C. § 1125(a)]

26.     Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

27.     Defendant's use of the Accused Designs, which are substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design, in the marketing and sale of bellmans' carts constitutes a false designation of origin and false description likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff, in violation of 15 U.S.C. § 1125(a). Defendant has entered into commerce with a

WINSFORD COMPLAINT FOR TM INFRING., UNFAIR COMP., BREACH OF CONTRACT, ETC._____

trademark substantially indistinguishable from or confusingly similar to that of Plaintiff's trademark.

28.     Defendant's activities in soliciting business in the hotel equipment industry using its Accused Designs which are substantially indistinguishable or confusingly similar to Plaintiff's Birdcage Design constitutes an attempt by Defendant to profit from Plaintiff's reputation and goodwill from those likely to believe that Defendant's goods have the same characteristics or qualities of Plaintiff's goods.

29.     Plaintiff is informed and believes, and upon that basis alleges, that Defendant's acts have been willful, wanton, malicious and oppressive or committed with a reckless disregard for the rights of Plaintiff. Plaintiff is therefore entitled to recover trebled damages suffered by Plaintiff as a result of Defendant's willful and deliberate acts, pursuant to 15 U.S.C. 1117(a).

30.     Plaintiff has no adequate remedy at law and Defendant's unlawful conduct will continue to damage Plaintiff unless immediately enjoined by this Court.

## THIRD CLAIM FOR RELIEF

(Unfair Competition)

[Cal. Bus. & Prof. Code § 17203]

31.     Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

32.     Defendant's use of the Accused Designs, which are substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design, in the marketing and sale of bellmans' carts is highly likely to confuse and mislead customers, vendors and the general public upon whom Plaintiff is dependent for the success of its business.

33.     Defendant, through the Cease and Desist Agreement, also wrongfully misled Plaintiff into believing that Defendant would not infringe

9

Plaintiff's trademark, and then Defendant subsequently used the Converging Arches Design, Sphere Design, and Diamond Design in breach of the Cease and Desist Agreement.

34.     Defendant's actions therefore constitute unfair and fraudulent business practices within the meaning of California Business and Professions Code Sections 17200, *et seq.*

35.     As a result of Defendant's acts of unfair competition, Defendant has unfairly acquired or retained in an amount to be proven at trial, for which Plaintiff is entitled to restitution.

## FOURTH CLAIM FOR RELIEF

(False Advertising)

[Cal. Bus. & Prof. Code § 17500]

36.     Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

37.     Plaintiff is informed and believes, and upon that basis alleges, that Defendant and/or its agents and representatives are informing retailers, customers, vendors and the general public that Defendant is prepared to offer products whose designs are confusingly similar to or duplicative of Plaintiff's Birdcage Design trademark, in a manner that is likely to mislead purchasers as to the origin of confusingly similar bellmans' carts sold by Defendant.

38.     Defendant's conduct in this regard constitutes false advertising within the meaning of California Business and Professions Code Section 17500.

39.     Plaintiff has no adequate remedy at law and Defendant's unlawful conduct will continue to damage Plaintiff unless immediately enjoined by this Court.

## FIFTH CLAIM FOR RELIEF

(Infringement of Registered Trademark)

[Cal. Bus. & Prof. Code §§ 14320, 14335)

10

40.     Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

41.     Defendant's commercial use of the Accused Designs, which are substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design, a registered trademark with the office of the Secretary of State for the State of California and under Title 15 of the United States Code, California Trademark Reg. No. 090,138, constitutes unlawful infringement of Plaintiff's registered Birdcage Design trademark within the meaning of California Business and Professions Code Sections 14320 and 14335(a).

42.     Plaintiff has no adequate remedy at law and Defendant's unlawful conduct will continue to damage Plaintiff unless immediately enjoined by this Court.

## SIXTH CLAIM FOR RELIEF

### (Trademark Dilution)

[Cal. Bus. & Prof. Code § 14330)

43.     Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

44.     Defendant' use of the Accused Designs, which are substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design, in the marketing and sale of bellmans' carts is likely to cause confusion, or to cause mistake, or to deceive retailers, customers, vendors and the general public. These actions have diluted the distinctive quality of Plaintiff's trademark and have caused injury to Plaintiff's business reputation within the meaning of California Business and Professions Code Section 14330.

45.     Plaintiff has no adequate remedy at law and Defendant's unlawful conduct will continue to damage Plaintiff unless enjoined by this Court.

## SEVENTH CLAIM FOR RELIEF

(Intentional Interference with Existing and

11

Prospective Business Relations)

46.     Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

47.     Plaintiff has had, and continues to have, existing and prospective business relations with retailers, customers, vendors and other individuals in the hotel equipment industry. Plaintiff has, and has had, a reasonable expectation of economic advantage from these relations through Plaintiff's previous experience and contacts in these areas, in that Plaintiff has prospered in the hotel equipment industry in the United States since approximately 1985.

48.     Plaintiff is informed and believes, and upon that basis alleges, that Defendant is, and at all times relevant herein was, aware of Plaintiff's existing and prospective business relations with such individuals and entities in the hotel equipment industry, as well as Plaintiff's reasonable expectation of economic advantage flowing from such relations.

49.     Plaintiff is informed and believes, and upon that basis alleges, that Defendant has engaged in the wrongful conduct alleged herein with the intent that such conduct would disrupt or prevent business relations between Plaintiff and other individuals and entities in the hotel equipment industry, thereby injuring Plaintiff's business.

50.     Among other acts, Defendant knowingly, willfully and without justification began using the Accused Designs in the marketing and sale of bellmans' carts that are substantially indistinguishable from those manufactured and sold by Plaintiff in accordance with Plaintiff's Birdcage Design trademark.

51.     Plaintiff is informed and believes, and upon that basis alleges, that Defendant has knowingly, willfully and without justification, copied Plaintiff's Birdcage Design trademark with the intent to confuse or deceive the consuming public by selling bellmans' carts bearing designs substantially indistinguishable from or confusingly similar to Plaintiff's trademark.

12

52.     Such actions were intended to damage Plaintiff's relationships with individuals and entities in the hotel equipment industry. Defendant's conduct, as complained of herein, is wrongful, unlawful, and unjustified.

53.     Defendant's conduct has actually interfered with, and continues to interfere with, the existing and prospective business relationships between Plaintiff and other individuals and entities in the hotel equipment industry. But for Defendant's wrongful and unjustified interference, it is probable that Plaintiff would have received its expected economic advantage.

54.     As a proximate result of Defendant's wrongful and unjustified conduct, Plaintiff has been damaged in an amount to be proven at trial in excess $75,000.

55.     Defendant's acts, as complained of herein, were willful, wanton, malicious and oppressive, and were committed with a reckless disregard of Plaintiff's rights, and Plaintiff is therefore entitled to an award of exemplary and punitive damages.

### EIGHTH CLAIM FOR RELIEF

(Common Law Trademark Infringement and Unfair Competition)

56.     Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

57.     Defendant' use of the Accused Designs, which are substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design, in the marketing and sale of bellmans' carts is highly likely to confuse and mislead customers, vendors and the general public upon whom Plaintiff is dependent for the success of its business.

58.     Defendant, through the Cease and Desist Agreement, also wrongfully misled Plaintiff into believing that Defendant would not infringe Plaintiff's trademark, and then Defendant subsequently used the Converging

13

Arches Design, Sphere Design, and Diamond Design in breach of the Cease and Desist Agreement.

59. Defendant's activities, as alleged above, constitute unfair methods of competition, common law trademark infringement, misappropriation of Plaintiff's goodwill in California and other states where Defendant's goods and services are being offered and/or advertised, including this district, and are a violation of the common law of California.

60. As a result of Defendant's deceptive acts and practices, and the resulting consumer confusion, Plaintiff has suffered and will continue to suffer irreparable injury to its business reputation and goodwill.

## NINTH CLAIM FOR RELIEF

### (Breach of Contract)

61. Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

62. Defendant's use of the Converging Arches Design, Sphere Design, and Diamond Design constitutes a breach of the Cease and Desist Agreement with Plaintiffs.

63. Defendant's breach has caused Plaintiff damages resulting from ongoing trademark infringement, trademark dilution, loss of reputation and loss of business.

64. As a result of Defendant's breach, Plaintiff has suffered damages in excess of $75,000.

## TENTH CLAIM FOR RELIEF

### (Promissory Fraud)

65. Plaintiff hereby realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

66. Through the Cease and Desist Agreement, Defendant induced Plaintiffs to rely on Defendant's promise that they would cease offering for sale the

14

Converging Arches Design carts, as well as carts having designs like the Sphere Design and Diamond Design.

67.    Plaintiff has independently learned that Defendant has continued offering for sale the Converging Arches Design carts, and has been offering for sale carts having the Sphere Design and Diamond Design.

68.    Defendant's actions demonstrate that it had no intention of abiding by its commitments when it entered into the Cease and Desist Agreement. In particular, Defendant has resumed sales of its Converging Arches Design which they specifically indicated they would cease doing in the Cease and Desist Agreement.  Furthermore, Defendant has not responded to Plaintiff's latest request that they cease offering for sale carts having the Converging Arches Design, demonstrating that Defendant's sales efforts have not been accidental, but rather were planned in advance.

69.    Defendant's fraud has caused Plaintiff damages resulting from ongoing trademark infringement, trademark dilution, loss of reputation and loss of business.

70.    Based on the foregoing, Defendant's acts support a cause of action for Promissory Fraud.

71.    As a result of Defendant's promissory fraud, Plaintiff has suffered damages in excess of $75,000.

WHEREFORE, Plaintiff The Winsford Corporation prays judgment on its Complaint as follows:

### AS TO THE FIRST CLAIM FOR RELIEF

1.    For an order entering judgment that Defendant has infringed Plaintiff's exclusive rights in the Birdcage Design trademark under Section 32 of the Federal Trademark Act, 15 U.S.C. § 1114;

2.      For an order preliminarily and permanently enjoining Defendant, its agents and representatives, and all persons acting in concert or participation with them, from using the Accused Designs, and/or any substantially indistinguishable or confusingly similar design or other colorable imitation of Plaintiff's Birdcage Design trademark, in connection with the manufacture, distribution or sale of bellmans' carts or other related equipment nationwide;

3.      For an order from the Court requiring that Defendant and all those in privity with it turn over to Plaintiff any goods and/or materials in Defendant's possession or control comprising or bearing the Accused Designs or any design substantially indistinguishable therefrom or confusingly similar to the Plaintiff's Birdcage Design, or an order that all such goods and/or materials be destroyed, pursuant to 15 U.S.C. § 1118.

4.      For compensatory damages exceeding $500,000, according to proof at trial and interest thereon;

5.      For punitive and exemplary damages in the form of trebled damages and reasonable attorneys' fees; and

6.      For statutory damages in the amount of $2,000,000.00 pursuant to 15 U.S.C. § 1117(c)(2).

**AS TO THE SECOND CLAIM FOR RELIEF**

7.      For an order entering judgment that Defendant has infringed Plaintiff's exclusive rights in the Birdcage Design trademark under Section 43 of the Federal Trademark Act, 15 U.S.C. § 1125;

8.      For an order preliminarily and permanently enjoining Defendant, its agents and representatives, and all persons acting in concert or participation with them, from using the Accused Designs, and/or any substantially indistinguishable or confusingly similar design or other colorable imitation of Plaintiff's Birdcage Design trademark, in connection with the manufacture, distribution or sale of bellmans' carts or other related equipment nationwide;

16

9.     For an order from the Court requiring that Defendant and all those in privity with it turn over to Plaintiff any goods and/or materials in Defendant's possession or control comprising or bearing the Accused Designs or any design substantially indistinguishable therefrom or confusingly similar to the Plaintiff's Birdcage Design, or an order that all such goods and/or materials be destroyed, pursuant to 15 U.S.C. § 1118.

10.     For compensatory damages exceeding $500,000, according to proof at trial and interest thereon; and

11.     For punitive and exemplary damages in the form of trebled damages and reasonable attorneys' fees.

## AS TO THE THIRD CLAIM FOR RELIEF

12.     For an order entering judgment that Defendant has engaged in Unfair Competition within the meaning of Cal. Bus. & Prof. Code Section 17203;

13.     For an order preliminarily and permanently enjoining Defendant, its agents and representatives, and all persons acting in concert or participation with them, from using the Accused Designs, and/or any substantially indistinguishable or confusingly similar design or other colorable imitation of Plaintiff's Birdcage Design trademark, in connection with the manufacture, distribution or sale of bellmans' carts or other related equipment nationwide;

14.     For an order from the Court requiring that Defendant and all those in privity with it turn over to Plaintiff any goods and/or materials in Defendant's possession or control comprising or bearing the Accused Designs, and/or any other design substantially indistinguishable from or confusingly similar to Plaintiff's Birdcage Design, or an order that all such goods and/or materials be destroyed, pursuant to Cal. Bus. & Prof. Code § 17203.

15.     For compensatory damages exceeding $500,000, according to proof at trial and interest thereon; and

16.     For punitive and exemplary damages in the form of trebled damages and reasonable attorneys' fees.

### AS TO THE FOURTH CLAIM FOR RELIEF

17.     For an order entering judgment that Defendant has engaged in False Advertising within the meaning of Cal. Bus. & Prof. Code Section 17500

18.     For an order preliminarily and permanently enjoining Defendant, its agents and representatives, and all persons acting in concert or participation with them, from using the Accused Designs, and/or any substantially indistinguishable or confusingly similar design or other colorable imitation of Plaintiff's Birdcage Design trademark, in connection with the manufacture, distribution or sale of bellmans' carts or other related equipment nationwide;

19.     For compensatory damages exceeding $500,000, according to proof at trial and interest thereon; and

20.     For punitive and exemplary damages in the form of trebled damages and reasonable attorneys' fees.

### AS TO THE FIFTH CLAIM FOR RELIEF

21.     For an order entering judgment that Defendant has infringed Plaintiff's exclusive rights in the Birdcage Design trademark under Section 14320 and 14335 of the California Business and Professions Code;

22.     For an order preliminarily and permanently enjoining Defendant, its agents and representatives, and all persons acting in concert or participation with them, from using the Accused Designs, and/or any substantially indistinguishable or confusingly similar design or other colorable imitation of Plaintiff's Birdcage Design trademark, in connection with the manufacture, distribution or sale of bellmans' carts or other related equipment nationwide;

23.     For compensatory damages exceeding $500,000, according to proof at trial and interest thereon; and

18

24.     For punitive and exemplary damages in the form of trebled damages and reasonable attorneys' fees.

### AS TO THE SIXTH CLAIM FOR RELIEF

25.     For an order entering judgment that Defendant has infringed Plaintiff's exclusive rights in the Birdcage Design trademark under Section 14330 of the California Business and Professions Code;

26.     For an order preliminarily and permanently enjoining Defendant, its agents and representatives, and all persons acting in concert or participation with them, from using the Accused Designs, and/or any substantially indistinguishable or confusingly similar design or other colorable imitation of Plaintiff's Birdcage Design trademark, in connection with the manufacture, distribution or sale of bellmans' carts or other related equipment nationwide;

27.     For compensatory damages exceeding $500,000, according to proof at trial and interest thereon; and

28.     For punitive and exemplary damages in the form of trebled damages and reasonable attorneys' fees.

### AS TO THE SEVENTH CLAIM FOR RELIEF

29.     For an order entering judgment that Defendant has intentionally interfered with Plaintiff's existing and prospective business relations under the common law;

30.     For compensatory damages exceeding $500,000, according to proof at trial and interest thereon; and

31.     For punitive and exemplary damages.

### AS TO THE EIGHTH CLAIM FOR RELIEF

32.     For an order entering judgment that Defendant has infringed Plaintiff's exclusive rights in the Birdcage Design trademark under the common law;

19

33.     For an order preliminarily and permanently enjoining Defendant, its agents and representatives, and all persons acting in concert or participation with them, from using the Accused Designs, and/or any substantially indistinguishable or confusingly similar design or other colorable imitation of Plaintiff's Birdcage Design trademark, in connection with the manufacture, distribution or sale of bellmans' carts or other related equipment nationwide;

34.     For compensatory damages exceeding $500,000, according to proof at trial and interest thereon; and

35.     For punitive and exemplary damages.

### AS TO THE NINTH CLAIM FOR RELIEF

36.     For an order entering judgment that Defendant has breached the Cease and Desist Agreement through its continued promotion and/or sale of carts having the Converging Arches Design, Sphere Design and Diamond Design;

37.     For damages exceeding $75,000, according to proof at trial, and interest thereon.

### AS TO THE TENTH CLAIM FOR RELIEF

38.     For an order entering judgment that Defendant has engaged in promissory fraud by wrongfully inducing Plaintiffs to believe that it would not sell or offer to sell carts having the Converging Arches Design, Sphere Design and Diamond Design, while having no intention of abiding by that commitment in the future;

39.     For damages exceeding $75,000, according to proof at trial, and interest thereon.

40.     For punitive damages.

20

4834-7948-0335.2

1

## AS TO ALL CLAIMS FOR RELIEF

2         41.    For costs of suit incurred herein; and

3         42.    For such other and further relief as this Court deems just and

4 proper; and

5         43.    Plaintiff demands a jury trial.

6

7 Dated: April 27, 2012              **FOLEY & LARDNER LLP**
                             M. JOHN CARSON

8

9

10                            By: _____
                               M. JOHN CARSON

11                                Attorneys for Plaintiff
                               THE WINSFORD CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WINSFORD COMPLAINT FOR TM INFRING., UNFAIR COMP., BREACH OF CONTRACT, ETC.

4834-7948-0335.2

1

## JURY DEMAND

2      Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff The Winsford

3  Corporation hereby demands trial by jury of all issues so triable that are raised

4  herein or which hereinafter may be raised in this action.

5

6  Dated:  April 27, 2012                    FOLEY & LARDNER LLP
                                             M. JOHN CARSON
7

8

9                                       By: _____
10                                          M. JOHN CARSON
                                            Attorneys for Plaintiff
11                                          THE WINSFORD CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4834-7948-0335.2

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,682,820
Registered Apr. 14, 1992

## TRADEMARK
### PRINCIPAL REGISTER



WINSFORD CORPORATION (CALIFORNIA CORPORATION)
1800 CENTURY PARK EAST, SUITE 820
LOS ANGELES, CA 90067

FOR: LUGGAGE CARTS, IN CLASS 12 (U.S. CL. 19).

FIRST USE 9–0–1983; IN COMMERCE 9–0–1983.

THE STIPPLING ON THE DRAWING IS FOR SHADING PURPOSES ONLY.

SEC. 2(F).

SER. NO. 73–794,945, FILED 4–20–1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

# State of California
## Secretary of State

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, DEBRA BOWEN*, Secretary of State of the State of California, hereby certify

| | |
|---|---|
| Trademark Reg. No.: | 90138 |
| Renewal No.: | 18946 |
| Name of Registrant: | Forbes Industries, Inc., a division of Winsford Corporation |
| Business Address: | 1933 East Locust Street, Ontario, Ca 91761 |
| State of Incorporation/ Organization: | California |
| Date First Used in California: | January 1985 |
| Date First Used Anywhere: | January 1985 |
| Description of Trademark: | Cage design. Design of birdcage consisting of two intersecting half-circles on an angled slant |
| Description of Goods on which the Trademark is Used: | Luggage carts |
| Class Number(s): | 18 |
| Date of Registration: | July 26, 1989 |
| Term of Registration Extends to and Includes: | July 26, 2014 |

In accordance with the application for renewal filed in this office, the Trademark described above has been duly renewed.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 1st day of April 2009



**DEBRA BOWEN**
**Secretary of State**

NP 25 (REV 1/2007)

Exhibit B
Page 24

A COPY, SPECIMEN, FACSIMILE, COUNTERPART OR
REPRODUCTION OF TRADEMARK REG. NO. 090138



FORBES ™

Birdcage ™
Cart



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA  90071-2411
213.972.4500 TEL
213.486.0065 FAX
www.foley.com

WRITER'S DIRECT LINE
213.972.4578
jcarson@foley.com EMAIL

CLIENT/MATTER NUMBER
091838-0218

May 18, 2010

**VIA FEDERAL EXPRESS**

President                                    President
Global Equipment Company Inc.                Global Industrial
11 Harbor Park Drive                         2505 Mill Center Parkway, Suite 100
Port Washington, NY  11050                   Buford, GA  30518-3700

  Re: Trademark Infringement of Forbes' Cart Design Trademark
     Our Docket No. 091838-0218

Dear Sir or Madam:

  We have been informed that you and your company are selling and offering to sell luggage carts in a manner which is likely to cause considerable confusion in the marketplace in relation to the goods of our client, Winsford Corp., and its Forbes division ("Forbes").

  Specifically, we have been informed that your company, in selling two luggage carts, both using designs which are confusingly similar to a registered design mark that Forbes has used for many years.  These are your Models JM985118/9 and WB985309/10.

  In this connection, enclosed you will find one copy of the federal registration for the design owned by Forbes.

  Such activities, if allowed to continue, would certainly result in the likelihood of confusion as to the origin of the goods of the two companies and the destruction of trademark rights and goodwill of Forbes.  The public would very likely believe that Forbes is connected with your product through use of a design that is confusingly similar to the registered mark of Forbes.

  There are various laws relating to the remedies available to Forbes in such matters as this, including Section 35 of the Lanham Act relating to trademark infringement which reads, in part, as follows:

    "When violation of any right of the registrant of a mark in the Patent Office shall have been established in any civil action arising under this Act, the plaintiff shall be entitled, subject to the provisions of sections 29 and 32 and subject to the principles of equity, to recover (1) defendant's profits, (2) any damages sustained by the plaintiff, and (3) the costs of the action.  The court shall assess such profits and damages or cause the same to be

BOSTON    JACKSONVILLE   MILWAUKEE   SAN DIEGO    SILICON VALLEY
BRUSSELS   LOS ANGELES   NEW YORK    SAN DIEGO/DEL MAR TALLAHASSEE
CHICAGO    MADISON    ORLANDO    SAN FRANCISCO  TAMPA
DETROIT    MIAMI     SACRAMENTO   SHANGHAI    TOKYO
                                 WASHINGTON, D.C.

Exhibit C
Page 26



FOLEY & LARDNER LLP

President
Global Equipment Co. Inc.
May 18, 2010
Page 2

assessed under its direction.  In assessing profits plaintiff shall be required to prove defendant's sales only; defendant must prove all elements of costs or deductions claimed.  In assessing the damages the court may enter judgment, according to the circumstances of the case, for any sum above the amounts found as actual damages, not exceeding three times such amount."

In addition, the states also have laws relating to counterfeiting, unfair competition, false advertising and passing off of the goods of another as those of your own.  The injured party, as well as various state and city attorneys may bring such actions.

As a result, our client would be entitled to an injunction, damages, your profits and the costs of any litigation as a result of these infringing activities.  In addition, the damages may be trebled.

We are informing you of these matters so that potential problems between the two companies can be avoided.  We are at this time willing to assume that your company's use of a confusing cart design similar to Forbes's registered design mark was a good faith mistake.  However, please be assured that any infringement of Forbes's trademark by your company cannot be tolerated.  Please confirm within ten (10) days from the date of this letter that such use will be immediately terminated.  Otherwise, other remedies will be pursued.

Very truly yours,

M. John Carson

MJC:law
Enclosures

cc:    Forbes (w/enclosures)

Exhibit C
Page 27

LACA_2562396.1

Buy Material Handling Equipment, Carts, Platform Trucks, Pallet Jacks, Lifts, Dollies, Ladders and More at Global Industrial at Everyday Low Prices!

GLOBAL

Log In | Your Account | Cart | Order Status | Retrieve Quote

Subtotal: $0.00    CHECKOUT

Click Here For Live Chat

Details ▼

Material Handling | Storage & Shelving | Work Benches | Packaging | Furniture & Office | Food Service | Janitorial | Maintenance | Motors | HVAC | Electrical | Plumbing | Safety

Enter Stock # or Keyword    Submit Que    **Shop By Index**    Get The HOTTEST News & Deals!    email address    SIGN UP

◀ Return to Category List

Home  >  Material Handling  >  Trucks & Carts  >  Carts-Bellman Luggage  >  Ultra-Luxury Bellman Hotel Luggage Carts

**Browse Trucks & Carts**
(4,853 Items)

Sub Category
Carts-Bellman Luggage
(166)
❌ Remove

Ultra-Luxury Bellman Hotel
Luggage Carts
❌ Remove

**Narrow Your Results By:**
Upright Finish

▸ Brass (1)
▸ Chrome (1)

**Can't Find It?**
▸ Let a Rep Help You!

**Recently Viewed**
Categories

▸ Trucks & Carts

## Ultra-Luxury Bellman Hotel Luggage Carts

These Luxurious Luggage Carts Offer A Unique, Upscale Look With Heavy Duty Quality.

Luggage trucks provide the latest design features in bellman carts. Smooth, curved frames are visually appealing and offer the prestigious look that the finest hotels and resorts demand. Carts also feature wardrobe hangers on top for added storage and convenience. Strong steel chassis and waterproof plywood deck are covered in durable closed loop fabric carpet to complement décor and provide years of service. Solid black rubber bumper perimeter around the deck protects walls and doorways. Uprights are made with heavy duty 2" diameter tubular steel for strength. Rolls smoothly on 6" pneumatic casters (2 swivel, 2 rigid). Available in **Brass** or **Chrome** finish. Easy assembly.

**Ultra-Luxury Bellman Hotel Luggage Carts**
Click on a **model number** to view additional specifications, photo galleries and accessories.
Click on an underlined title to change sort order.

Add Items to Cart ▶

| UPRIGHT FINISH | CARPETED DECK COLOR | OVERALL DIMENSIONS | | | CAP. LBS. | IMAGE | MODEL | QTY | PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | L" | W" | H" | | | | | |
| Chrome | Red | 47-1/4 | 25-1/2 | 73 | 1100 | 🔍 | WB985309 | | $1,019.00 |
| Brass | Red | 47-1/4 | 25-1/2 | 73 | 1100 | 🔍 | WB985310 | | $1,119.00 |

Add Items to Cart ▶

Give Us Your Feedback On This Page

* Help us continuously improve by reporting any errors or omissions on this page including:

○ Incorrect or confusing information

○ Misspellings or bad grammar

○ Page not loading correctly or generating an error

○ I did not find what I was looking for

○ Other

Please provide an example of any missing or incorrect information.

* Comments:

* Email Address:

If you need immediate assistance, please call **1-888-978-7759**.

SUBMIT MY COMMENT

Exhibit C
Page 28



Buy Material Handling Equipment, Carts, Platform Trucks, Pallet Jacks, Lifts, Dollies, Ladders and More at Global Industrial at Everyday Low Prices!

GLOBAL

Log In | Your Account | Cart | Order Status | Retrieve Quote

Subtotal: $0.00    CHECKOUT

Material Handling   Storage & Shelving   Work Benches   Packaging   Furniture & Office   Food Service   Janitorial   Maintenance   Motors   HVAC   Electrical   Plumbing   Safety

Enter Stock # or Keyword        Submit Que    Shop By Index        Get The HOTTEST News & Deals!  email address   SIGN UP

◄ Return to Category List

Home  >  Material Handling  >  Trucks & Carts  >  Carts-Bellman Luggage

**Browse Trucks & Carts**
(4,853 Items)

Sub Category
Carts-Bellman Luggage
(166)
❌ Remove

**Narrow Your Results By:**
Upright Finish
▸ Brass (5)
▸ Chrome (4)
▸ Gold (4)
▸ Satin Aluminum (72)
▸ Satin Brass (72)
More...

Width Inches
▸ 15 (2)
▸ 20-1/2 (2)
▸ 24 (37)
▸ 25 (37)
▸ 25-1/2 (2)
More...

Length Inches
▸ 35 (36)
▸ 40 (48)
▸ 41 (12)
▸ 41-1/4 (6)
▸ 48 (48)
More...

Capacity Lbs
▸ 800 (48)
▸ 1100 (12)
▸ 1200 (24)
▸ 1300 (24)
▸ 1500 (48)
More...

**Search Within Results**

Submit Q

**Can't Find It?**
► Let a Rep Help You!

**Recently Viewed**
Categories
• Trucks & Carts

More Choices In Trucks & Carts

> Carts-AV & TV
> Carts-Bins & Totes
> Carts-LCD, Plasma & Flat Sc...
> Carts-Overhead Projector &...
> Carts-Shopping & Corrals
> Carts-Wire Shelf
> Trucks-Bulk, Box & Basket
> Trucks-Mattress Moving
> Trucks-Powered Tug & Traile...
> Trucks-Tilt, Trash & Refuse
> Trucks-Wire Shelf Accessori...

> Carts-Aluminum Shelf
> Carts-Book Storage
> Carts-Laptop Charging & Sto...
> Carts-Plastic Shelf
> Carts-Stainless Steel & Gal...
> Trucks-Aluminum Shelf
> Trucks-Cardboard Carton
> Trucks-Panel Mover
> Trucks-Security & Cage
> Trucks-Tray & Material Hand...
> Trucks-Wood Shelf

> Carts-Bellman Luggage
> Carts-Electronic Instrument
> Carts-Mail & Filing
> Carts-Portable Steel Tables
> Carts-Steel Shelf
> Trucks-Bar, Pipe & Lumber
> Trucks-Folding Shelf
> Trucks-Plastic Shelf
> Trucks-Steel Shelf
> Trucks-Wire Shelf

Featured Products

Bellman Hotel Cart 35 X 24
Satin Aluminum With Black
Carpet And Rubber Wheels

From $539.00          more info

ADD TO CART

Showing 166 items within 14 product groups

Best Value Bellman Carts

◉ View 8 Products

Bellman Hotel Luggage Carts

◉ View 24 Products

Silver Stainless Steel
Bellman Cart Curved
Uprights 6" Rubber Casters

From $439.00          more info

ADD TO CART

241949BY          241948GY

◉ View 8 Products

**Stainless Steel Luggage Carts Provide An Attractive Appearance For Hotels While Maintaining Strength & Durability.**

Luggage carts are made using corrosion resistant #201 stainless steel uprights and framing. Heavy duty tubular stainless steel frame is cross braced for added reinforcement. Top of the cart includes a garment bar for hanging wardrobe. Click for more

On page 169 of the INDUSTRIAL CATALOG MAY-AUG 2010

Bellman Hotel Luggage Platform Trucks

◉ View 48 Products

◉ View 24 Products

**Luggage Carts Are Ideal For Hotels, Condos And Apartments And Maneuver Easily In Elevators.**

Strong steel chassis and waterproof plywood deck covered in durable polypropylene closed loop carpet to complement décor and provide years of service. Solid black rubber bumper protects walls. Click for more

On page 169 of the INDUSTRIAL CATALOG MAY-AUG 2010

Bellman Condo Luggage Carts

◉ View 36 Products

Exhibit C
Page 29



● View 2 Products

**Deluxe Bellman Luggage Hand Trucks Are Ideal For Transporting Small Quantities Of Luggage And Suitcases.**

Transport heavy bags and suitcases with ease using these hand trucks. Designed to prevent scratching and marring of bags for safe transport. Hand trucks are made using 1" diameter tubular steel framing for superior strength. Click for more

Deluxe Hotel Luggage Platform Trucks

● View 2 Products



● View 2 Products

**Hotel Luggage Platform Trucks Are Designed To Transport Large, Bulky Bags And Suitcases With Little Effort.**

Luggage platform trucks are made to last using 1-1/2" diameter tubular steel uprights that are cross-braced for added rigidity. Strong steel chassis and waterproof plywood deck are covered in durable closed loop red fabric carpet to complement décor. Click for more



● View 1 Product

**Luggage Platform Truck Provides Ease Of Heavy Luggage And Briefcase Transport For Various Hospitality Applications.**

Platform truck is made using one-piece steel for durable, long lasting strength. Chrome plated steel deck and handle provide an attractive appearance for any environment. 1-1/2" diameter tubular steel upright handle is cross-braced for added rigidity. Click for more

Ultra-Luxury Bellman Hotel Luggage Carts

● View 2 Products



● View 2 Products

**These Luxurious Luggage Carts Offer A Unique, Upscale Look With Heavy Duty Quality.**

Luggage trucks provide the latest design features in bellman carts. Smooth, curved frames are visually appealing and offer the prestigious look that the finest hotels and resorts demand. Carts also feature wardrobe hangers on top for added storage and convenience. Click for more

Need assistance? Call Us
**1.888.978.7759**


Have a Question?
Click Here For Live Chat

**Get The HOTTEST News & Deals!** [email address] **sign up**

**Customer Service**
Help
Contact Us
About Us
Terms & Conditions
Privacy Policy
Shipping & Returns
Employment

**Account Information**
Your Account
Order Status
Retrieve Quote
Shopping Cart
Shopping Lists
Apply For Credit
Catalog Unsubscribe

**Site Tools**
Site Map
Inventory Clearance
Affiliate Program
Can't Find It
Rebate Center
Extended Service Plan
Feedback

QUICK ORDER

| Qty. | Item # |
| Qty. | Item # |
| Qty. | Item # |
| Qty. | Item # |
| Qty. | Item # |

**ADD TO CART**

Bookmark To:

Exhibit C
Page 30

## Carson, M. John

| From: | Denenberg, David W. [dwd@dmlegal.com] |
|---|---|
| Sent: | Wednesday, June 16, 2010 12:50 PM |
| To: | Carson, M. John |
| Cc: | Adler, Michael A. |

**Subject:** RE: address

This responds to your request for confirmation that Global Equipment Company Inc. and Global Industrial (collectively "Global") are redesigning its JM985118/9 and WB985309/10 luggage carriers. Global outright rejects Winsford Corp.'s and its Forbes division's position that any luggage cart containing non-parallel bars infringes US trademark registration no. 1,682,820 (the "'820 trademark"). Global's insignificant sales of the above luggage carts, however, does not render it economical to engage in further dialogue on this issue. Thus, Global is not selling the above products and is redesigning its luggage carts without upper non-parallel bars.

Notwithstanding the above, Global reserves all its rights with respect to its position on non-infringement. Should this issue arise in the future, Global will maintain its position that the '820 trademark is limited to the trademark shown in the '820 trademark drawing with all its features and to confusingly similar facsimiles thereof. The '820 trademark certainly does not include any or all luggage carts with non-parallel bars. Your commentary that others have stopped manufacturing their products is, of course, of no relevancy.

Thank you for your attention to this matter.  Please call with any questions or comments.

Dave

**From:** Carson, M. John [mailto:JCarson@foley.com]
**Sent:** Tuesday, June 15, 2010 2:09 PM
**To:** Denenberg, David W.
**Subject:** RE: address

We have stopped infringements of many others, either through litigation or negotiations. Some of these infringers had designs that were similar to your client's WB models.
For clarity, we deem a design to infringe where the bars either come together in the center or could come together in the center eventhough they stop short. I am sure you will expalin to your client the concept of likelihood of confusion.
The preferred way to avoid infringement is to have the bars parallel to the sides of the base.
I look forward to your confirmation that your cleint will redesign, and to seeing the redesign.

JOHN CARSON
555 South Flower Street
35th Floor
Los Angeles, Calif. 90071-2411
213-972-4578-direct
213-486-0065-fax
jcarson@foley.com















Buy Material Handling Equipment, Carts, Platform Trucks, Pallet Jacks, Lifts, Dollies, Ladders and More at Global Industrial at Everyday Low Prices!

GLOBAL globalindustrial.com a Systemax company

1.888.978.7759 AVAILABLE 7 DAYS A WEEK CLICK TO CHAT

Log In | Your Account | Shopping Cart 0 Items - ($0.00)

Products | Account Tools | Help Center

Enter Stock # or Keyword SEARCH

## Your Results

212 Items in 1 Categories

For: **Luggage Cart**

**Category**
Trucks & Carts
Remove

**Ultra-Luxury Brass Hotel Bellman Luggage Cart 47-1/4" L x 25-1/2" W**
Remove

Remove All

### Recently Viewed

**Items**

Ultra-Luxury Brass Hotel Bellman Luggage Cart 47-1/4" L x 25-1/2" W

**Categories**

→ Trucks & Carts

Home > Material Handling > Trucks & Carts > Carts-Bellman > Ultra-Luxury Bellman Hotel Luggage Carts > **Ultra-Luxury Brass Hotel Bellman Luggage Cart 47-1/4" L x 25-1/2" W**

prev See all 2 items in product family next

## Ultra-Luxury Brass Hotel Bellman Luggage Cart 47-1/4" L x 25-1/2" W

**Availability:** Usually ships in 2 to 5 days
**Stock No:** WG985310

Like 0

**Our Price: $1,062.00**

Chat with a Salesperson | Add this item to your list

Enlarge | E-mail Page | Print Page

**Qty:** 1 ADD TO CART

Product Information | Product Q&A

Write a review for this product. Write A Review

**ULTRA-LUXURY BELLMAN HOTEL LUGGAGE CART**

**This Luxurious Luggage Cart Offers A Unique, Upscale Look With Heavy Duty Quality.**

Luggage truck provides the latest design features in bellman carts. Smooth, curved frames are visually appealing and offer the prestigious look that the finest hotels and resorts demand. Cart also features wardrobe hangers on top for added storage and convenience. Strong steel chassis and waterproof plywood deck are covered in durable closed loop fabric carpet to complement decor and provide years of service. Solid black rubber bumper perimeter around the deck protects walls and doorways. Uprights are made with heavy duty 2" diameter tubular steel for strength. Rolls smoothly on 6" pneumatic casters (2 swivel, 2 rigid). Durable brass finish. Easy assembly.

Product Specifications

| | |
|---|---|
| **LENGTH INCHES** | 47-1/4 |
| **WIDTH INCHES** | 25-1/2 |
| **HEIGHT INCHES** | 73 |
| **CAPACITY LBS** | 1100 |
| **ASSEMBLY** | Unassembled |
| **CARPETED DECK COLOR** | Red |
| **CONSTRUCTION** | Steel with a Carpeted Plywood Deck |
| **UPRIGHT FINISH** | Brass |
| **WHEEL TYPE** | Pneumatic, 2 Swivel, 2 Rigid |
| **Wheel Diameter Inches** | 6 |

**Have a Question About This Product?**
Chat live with a representative

### Give Us Your Feedback On This Page

* **Help us continuously improve by reporting any errors or omissions on this page including:**

- Incorrect or confusing information
- Misspellings or bad grammar
- Page not loading correctly or generating an error
- I did not find what I was looking for
- Other

### Customers Who Bought This Item Also Bought

**Ultra-Luxury Chrome Bellman Hotel Luggage Cart 47-1/4" L x 25-1/2" W**
From $968.00 select
Qty: ADD TO CART

**Bellman Hotel Truck 35x25 Satin Aluminum 1 Handle, Gray Carpet, Rubber Wheels**
From $419.95 select
Qty: ADD TO CART

**Bellman Carpeted Luggage Hand Cart 600 Lb. Capacity**
From $269.95 select
Qty: ADD TO CART

**Best Value Folding Hand Cart 150 Lb. Capacity**
From $29.00 select
Qty: ADD TO CART

Exhibit E
Page 32

Buy Material Handling Equipment, Carts, Platform Trucks, Pallet Jacks, Lifts, Dollies, Ladders and More at Global Industrial at Everyday Low Prices!

1.888.978.7759 AVAILABLE 7 DAYS A WEEK CLICK TO CHAT

Log In | Your Account | Shopping Cart 0 Items - ($0.00)

Products Account Tools Help Center

Enter Stock # or Keyword SEARCH

# Your Results

212 Items in 1 Categories

For: **Luggage Cart**

**Category**
Trucks & Carts
Remove

**Ultra-Luxury Chrome Bellman Hotel Luggage Cart 47-1/4" L x 25-1/2" W**
Remove

Remove All

## Recently Viewed

**Items**

Ultra-Luxury Chrome Bellman Hotel Luggage Cart 47-1/4" L x 25-1/2" W

Ultra-Luxury Brass Hotel Bellman Luggage Cart 47-1/4" L x 25-1/2" W

**Categories**

Trucks & Carts

Home > Material Handling > Trucks & Carts > Carts-Bellman > Ultra-Luxury Bellman Hotel Luggage Carts > **Ultra-Luxury Chrome Bellman Hotel Luggage Cart 47-1/4" L x 25-1/2" W**

prev See all 2 items in product family next

## Ultra-Luxury Chrome Bellman Hotel Luggage Cart 47-1/4" L x 25-1/2" W

**Availability:** Usually ships in 2 to 5 days
**Stock No:** WG985309

Like 0

**Our Price: $968.00**

Chat with a Salesperson | Add this item to your list

Enlarge | E-mail Page | Print Page

Qty: 1 ADD TO CART

Product Information | Product Q&A

Write a review for this product. Write A Review

**ULTRA-LUXURY BELLMAN HOTEL LUGGAGE CART**

**This Luxurious Luggage Cart Offers A Unique, Upscale Look With Heavy Duty Quality.**

Luggage truck provides the latest design features in bellman carts. Smooth, curved frames are visually appealing and offer the prestigious look that the finest hotels and resorts demand. Cart also features wardrobe hangers on top for added storage and convenience. Strong steel chassis and waterproof plywood deck are covered in durable closed loop fabric carpet to complement décor and provide years of service. Solid black rubber bumper perimeter around the deck protects walls and doorways. Uprights are made with heavy duty 2" diameter tubular steel for strength. Rolls smoothly on 6" pneumatic casters (2 swivel, 2 rigid). Durable chrome finish. Easy assembly.

Product Specifications

| | |
|---|---|
| LENGTH INCHES | 47-1/4 |
| WIDTH INCHES | 25-1/2 |
| HEIGHT INCHES | 73 |
| CAPACITY LBS | 1100 |
| ASSEMBLY | Unassembled |
| CARPETED DECK COLOR | Red |
| CONSTRUCTION | Steel with a Carpeted Plywood Deck |
| UPRIGHT FINISH | Chrome |
| WHEEL TYPE | Pneumatic, 2 Swivel, 2 Rigid |
| Wheel Diameter Inches | 6 |

Have a Question About This Product? Chat live with a representative

## Give Us Your Feedback On This Page

* Help us continuously improve by reporting any errors or omissions on this page including:

- Incorrect or confusing information
- Misspellings or bad grammar
- Page not loading correctly or generating an error
- I did not find what I was looking for
- Other

## Customers Who Bought This Item Also Bought

**Ultra-Luxury Brass Hotel Bellman Luggage Cart 47-1/4" L x 25-1/2" W**
From $1,062.00 select
Qty: ADD TO CART

**Bellman Hotel Truck 35x25 Satin Aluminum 1 Handle, Gray Carpet, Rubber Wheels**
From $419.95 select
Qty: ADD TO CART

**Bellman Carpeted Luggage Hand Cart 600 Lb. Capacity**
From $269.95 select
Qty: ADD TO CART

**Best Value Folding Hand Cart 150 Lb. Capacity**
From $29.00 select
Qty: ADD TO CART

Exhibit E
Page 33

Buy Material Handling Equipment, Carts, Platform Trucks, Pallet Jacks, Lifts, Dollies, Ladders and More at Global Industrial at Everyday Low Prices!

GLOBAL globalindustrial.com a Systemax company

1.888.978.7759 AVAILABLE 7 DAYS A WEEK CLICK TO CHAT

Log In | Your Account | Shopping Cart 0 Items - ($0.00)

Products | Account Tools | Help Center

Enter Stock # or Keyword SEARCH

# Your Results

1 Items in 1 Categories

For: **WGB464165**

**HD Bellman Cart Titanium, Red Carpet, Black Bumper**
Remove

## Recently Viewed

**Items**

HD Bellman Cart Titanium, Red Carpet, Black Bumper

Ultra-Luxury Chrome Bellman Hotel Luggage Cart 47-1/4" L x 25-1/2" W

Ultra-Luxury Brass Hotel Bellman Luggage Cart 47-1/4" L x 25-1/2" W

**Categories**

- Trucks & Carts

Home > Material Handling > Trucks & Carts > Carts-Bellman > CSL Heavy Duty Bellman Luggage Carts > **HD Bellman Cart Titanium, Red Carpet, Black Bumper**

prev See all 10 items in product family next

E-mail Page | Print Page

## HD Bellman Cart Titanium, Red Carpet, Black Bumper

**Availability:** Usually ships in 3 to 6 days
**Stock No:** WGB464165

Like 0

**Our Price: $579.00**

Chat with a Salesperson | Add this item to your list

Qty: 1 ADD TO CART

Product Information | Product Q&A

Write a review for this product. Write A Review

Deluxe, high end bellman's cart ideal for deluxe hotels, resorts, condo complexes. Unique trident shape, 2 inch stainless steel tubing with brushed finish. High quality gray carpet will enhance any décor. Solid steel support base. Two rigid and two swivel casters turn easily. Hanger T bar for hanging items. Easy asssembly, ships in 2 upsable cartons.

Product Specifications

| | |
|---|---|
| **LENGTH INCHES** | 46 |
| **WIDTH INCHES** | 26 |
| **HEIGHT INCHES** | 75 |
| **CAPACITY LBS** | 800 |
| **ASSEMBLY** | Unassembled |
| **BUMPER COLOR** | Black |
| **CARPETED DECK COLOR** | Red |
| **CONSTRUCTION** | Steel Underarriage, Carpeted Plywood Deck |
| **STYLE** | Curved Uprights, Sphere Top |
| **UPRIGHT FINISH** | Titanium Gold |
| **WEIGHT LBS** | 95 |
| **WHEEL DIAMETER INCHES** | 8 |
| **WHEEL QTY.** | 4 |
| **WHEEL TYPE** | Black Pneumatic |

Have a Question About This Product?
Chat live with a representative

## Give Us Your Feedback On This Page

* **Help us continuously improve by reporting any errors or omissions on this page including:**

- Incorrect or confusing information
- Misspellings or bad grammar
- Page not loading correctly or generating an error
- I did not find what I was looking for
- Other

**Please provide an example of any missing or incorrect information.**

## Customers Who Bought This Item Also Bought

**Bretford Mobile Projector Cart 32 x 24 x 42**
From $262.95 select
Qty: ADD TO CART

**Standard Mail and Office File Cart 200 Lb. Capacity**
From $169.00 select
Qty: ADD TO CART

**Best Value Folding Hand Cart 150 Lb. Capacity**
From $29.00 select
Qty: ADD TO CART

**Low Profile Self Dumping Forklift Hopper 1 Cubic Yard 4000 Lbs.**
From $598.00 select
Qty: ADD TO CART

Exhibit F
Page 34

Buy Material Handling Equipment, Carts, Platform Trucks, Pallet Jacks, Lifts, Dollies, Ladders and More at Global Industrial at Everyday Low Prices!

GLOBAL globalindustrial.com a Systemax company
1.888.978.7759 AVAILABLE 7 DAYS A WEEK CLICK TO CHAT

# Your Results

467 Items in 1 Categories

For: **bellman cart**

**HD Bellman Cart Titanium, Red Carpet, Black Bumper, 8" Black Pneumatic**
Remove

## Recently Viewed

**Items**

HD Bellman Cart Titanium, Red Carpet, Black Bumper, 8" Black Pneumatic

HD Bellman Cart Titanium, Red Carpet, Black Bumper

Ultra-Luxury Chrome Bellman Hotel Luggage Cart 47-1/4" L x 25-1/2" W

**Categories**

→ Trucks & Carts

Home > Material Handling > Trucks & Carts > Carts-Bellman > CSL Heavy Duty Bellman Luggage Carts > **HD Bellman Cart Titanium, Red Carpet, Black Bumper, 8" Black Pneumatic**

prev See all 10 items in product family next

## HD Bellman Cart Titanium, Red Carpet, Black Bumper, 8" Black Pneumatic

**Availability:** Usually ships in 3 to 6 days
**Stock No:** WGB464172

Like 0

**Our Price: $632.00**

Chat with a Salesperson | Add this item to your list

E-mail Page | Print Page | **Qty:** 1 | ADD TO CART

Product Information | Product Q&A

Write a review for this product. | Write A Review

Deluxe, high end bellman's cart ideal for deluxe hotels, resorts, condo complexes. Unique trident shape, 2 inch stainless steel tubing with brushed finish. High quality gray carpet will enhance any décor. Solid steel support base. Two rigid and two swivel casters turn easily. Hanger T bar for hanging items. Easy asssembly, ships in 2 upsable cartons.

Product Specifications

| | |
|---|---|
| **LENGTH INCHES** | 46 |
| **WIDTH INCHES** | 26 |
| **HEIGHT INCHES** | 75 |
| **CAPACITY LBS** | 800 |
| **ASSEMBLY** | Unassembled |
| **BUMPER COLOR** | Black |
| **CARPETED DECK COLOR** | Red |
| **CONSTRUCTION** | Steel Underarriage, Carpeted Plywood Deck |
| **STYLE** | Angled Uprights, Diamond Top |
| **UPRIGHT FINISH** | Titanium Gold |
| **WEIGHT LBS** | 91 |
| **WHEEL DIAMETER INCHES** | 8 |
| **WHEEL QTY.** | 4 |
| **WHEEL TYPE** | Black Pneumatic |

**Have a Question About This Product?**
Chat live with a representative

## Give Us Your Feedback On This Page

* **Help us continuously improve by reporting any errors or omissions on this page including:**

- Incorrect or confusing information
- Misspellings or bad grammar
- Page not loading correctly or generating an error
- I did not find what I was looking for
- Other

**Please provide an example of any missing or incorrect information.**

## Customers Who Bought This Item Also Bought

**Bretford Mobile Projector Cart 32 x 24 x 42**
**From $262.95** select
**Qty:** ADD TO CART

**Low Profile Self Dumping Forklift Hopper 1 Cubic Yard 4000 Lbs.**
**From $598.00** select
**Qty:** ADD TO CART

**Best Value Folding Hand Cart 150 Lb. Capacity**
**From $29.00** select
**Qty:** ADD TO CART

**Standard Mail and Office File Cart 200 Lb. Capacity**
**From $169.00** select
**Qty:** ADD TO CART

Exhibit G
Page 35

Buy Material Handling Equipment, Carts, Platform Trucks, Pallet Jacks, Lifts, Dollies, Ladders and More at Global Industrial at Everyday Low Prices!

GLOBAL globalindustrial.com a Systemax company

# Your Results

1 Items in 1 Categories

For: **WGB464171**

**HD Diamond Bellman Cart Stainless, Gray Carpet, Black Bumper**
Remove

## Recently Viewed

**Items**

HD Diamond Bellman Cart Stainless, Gray Carpet, Black Bumper

HD Bellman Cart Titanium, Red Carpet, Black Bumper, 8" Black Pneumatic

HD Bellman Cart Titanium, Red Carpet, Black Bumper

**Categories**

→ Trucks & Carts

prev See all 10 items in product family next

E-mail Page Print Page

## HD Diamond Bellman Cart Stainless, Gray Carpet, Black Bumper

**Availability:** Usually ships in 3 to 6 days
**Stock No:** WGB464171

Like 0

**Our Price: $632.00**

Chat with a Salesperson | Add this item to your list

**Qty:** 1 ADD TO CART

Product Information | Product Q&A

Write a review for this product. Write A Review

Deluxe, high end bellman's cart ideal for deluxe hotels, resorts, condo complexes. Unique trident shape, 2 inch stainless steel tubing with brushed finish. High quality gray carpet will enhance any décor. Solid steel support base. Two rigid and two swivel casters turn easily. Hanger T bar for hanging items. Easy asssembly, ships in 2 upsable cartons.

Product Specifications

| | |
|---|---|
| LENGTH INCHES | 46 |
| WIDTH INCHES | 26 |
| HEIGHT INCHES | 75 |
| CAPACITY LBS | 800 |
| ASSEMBLY | Unassembled |
| BUMPER COLOR | Black |
| CARPETED DECK COLOR | Gray |
| CONSTRUCTION | Steel Underarriage, Carpeted Plywood Deck |
| STYLE | Angled Uprights, Diamond Top |
| UPRIGHT FINISH | Stainless Steel |
| WEIGHT LBS | 91 |
| WHEEL DIAMETER INCHES | 8 |
| WHEEL QTY. | 4 |
| WHEEL TYPE | Black Pneumatic |

Have a Question About This Product?
Chat live with a representative

## Give Us Your Feedback On This Page

* **Help us continuously improve by reporting any errors or omissions on this page including:**

- Incorrect or confusing information
- Misspellings or bad grammar
- Page not loading correctly or generating an error
- I did not find what I was looking for
- Other

**Please provide an example of any missing or incorrect information.**

## Customers Who Bought This Item Also Bought

**Standard Mail and Office File Cart 200 Lb. Capacity**
From $169.00 select
Qty: ADD TO CART

**Best Value Folding Hand Cart 150 Lb. Capacity**
From $29.00 select
Qty: ADD TO CART

**Bretford Mobile Projector Cart 32 x 24 x 42**
From $262.95 select
Qty: ADD TO CART

**Low Profile Self Dumping Forklift Hopper 1 Cubic Yard 4000 Lbs.**
From $598.00 select
Qty: ADD TO CART

Exhibit G
Page 36

Buy Industrial Supplies, Storage Equipment, Packaging, Furniture, Pallet Trucks, Computer Cabinets, Wire Shelving, Chairs, Hand Trucks and Stock Carts!

GLOBAL globalindustrial.com a Systemax company

1.888.978.7759 AVAILABLE 7 DAYS A WEEK CLICK TO CHAT

Log In | Your Account | Shopping Cart 0 Items - ($0.00)

Products | Account Tools | Help Center | Luggage Cart | SEARCH

# Your Results

212 Items in 1 Categories
For: **Luggage Cart**

Category
Trucks & Carts
Remove

Remove All

## Narrow Your Results

Category
- Carts-Bellman (212)

Search Within Results

Submit Qu

Can't Find It? Let a Rep Help You!

## Recently Viewed

Categories
- Trucks & Carts

Home > Search Results

1 - 100 of 212 Results

Page: 1 2 3 View 12 | Sort By: Sort Results By: | Grid View | List View

Add Selected Items To Cart | Compare up to 4 items | COMPARE

Compare / Select Item

**Magline Aristocart Bellman Luggage Hand Cart 500 Lb. Capacity**
Item #: WG251994
Our Price: $269.95
Qty: Add to Cart

Compare / Select Item

**Easy-Roll Chrome Bellman Hotel Luggage Cart 42" L x 24" W**
Item #: WG985311
Our Price: $376.95
Qty: Add to Cart
See all 2 items in product family

Compare / Select Item

**Easy-Roll Brass Bellman Hotel Luggage Cart 42" L x 24" W**
Item #: WG985312
Our Price: $439.95
Qty: Add to Cart
See all 2 items in product family

Compare / Select Item

**Ultra-Luxury Chrome Bellman Hotel Luggage Cart 47-1/4" L x 25-1/2" W**
Item #: WG985309
Our Price: $968.00
Qty: Add to Cart
See all 2 items in product family

Compare / Select Item

**Ultra-Luxury Brass Hotel Bellman Luggage Cart 47-1/4" L x 25-1/2" W**
Item #: WG985310
Our Price: $1,062.00
Qty: Add to Cart
See all 2 items in product family

Compare / Select Item

**Deluxe Chrome Luggage Platform Cart 42" L x 24" W**
Item #: WG985316
Our Price: $359.95
Qty: Add to Cart
See all 2 items in product family

Compare / Select Item

**Deluxe Brass Luggage Platform Cart 42" L x 24" W**
Item #: WG985317
Our Price: $422.95
Qty: Add to Cart
See all 2 items in product family

Compare / Select Item

**Bellman Condo Cart 40x25 Satin Aluminim Black Carpet, 4 Rubber Wheels**
Item #: WG251725BK
Our Price: $799.00
Qty: Add to Cart
See all 36 items in product family

Compare / Select Item

**Bellman Hotel Cart 35 X 24 Satin Aluminum With Black Carpet And Rubber Wheels**
Item #: WG241947BK
Our Price: $559.00
Qty: Add to Cart
See all 24 items in product family

Compare / Select Item

Compare / Select Item

Compare / Select Item

Featured Products

**Plastic 2 Shelf Tray Service & Utility Cart 40 x 26 - 5 Inch Rubber Casters**
From $85.00
After Mail-In Rebate
more info
ADD TO CART

**Stem Casters Set of (4) 5" Polyurethane Wheel, 2 With Brakes 1200 lb. Capacity**
From $104.95
more info
ADD TO CART

**Plastic Flat Top Shelf Service & Utility Cart - 5 Inch Rubber Casters**
From $85.00
After Mail-In Rebate
more info
ADD TO CART

**Gray Standard Duty Plastic Tilt Truck 1 Cubic Yard and 1000 Lb. Capacity**
From $319.00
more info
ADD TO CART

Exhibit H
Page 37

**Bellman Carpeted Luggage Hand Cart 600 Lb. Capacity**
Item #: WG251991
Our Price: **$269.95**
Qty: [    ] Add to Cart
See all 2 items in product family

**Deluxe Brass Hotel Luggage Hand Truck with Carpeted Deck**
Item #: WG985313
Our Price: **$299.95**
Qty: [    ] Add to Cart
See all 2 items in product family

**Deluxe Brass Hotel Luggage Hand Truck with Backrest**
Item #: WG985314
Our Price: **$329.95**
Qty: [    ] Add to Cart
See all 2 items in product family

**Chrome Wire Shelf Truck 60" W x 24" D x 69" H 1200 Lb. Capacity**
From **$234.00**          more info
ADD TO CART

Compare / Select Item ☐          Compare / Select Item ☐          Compare / Select Item ☐

**Chrome Hotel Luggage Platform Truck 36" L x 24" W**
Item #: WG985315
Our Price: **$246.95**
Qty: [    ] Add to Cart

**Bellman Luggage Platform Cart**
Item #: WGB183939
Our Price: **$461.95**
Qty: [    ] Add to Cart

**Bellman Hotel Truck 35x25 Satin Aluminum 1 Handle, Black Carpet, Rubber Wheels**
Item #: WG251709BK
Our Price: **$419.95**
Qty: [    ] Add to Cart
See all 48 items in product family

Compare / Select Item ☐          Compare / Select Item ☐          Compare / Select Item ☐

**Silver Stainless Steel Bellman Cart Straight Uprights 6" Rubber Casters**
Item #: WG985116SL
Our Price: **$439.00**
Qty: [    ] Add to Cart
See all 8 items in product family

**Gold Stainless Steel Bellman Cart Straight Uprights 8" Pneumatic Casters**
Item #: WG985117GD
Our Price: **$499.95**
Qty: [    ] Add to Cart
See all 8 items in product family

**Silver Stainless Steel Bellman Cart Straight Uprights 8" Pneumatic Casters**
Item #: WG985117SL
Our Price: **$469.95**
Qty: [    ] Add to Cart
See all 8 items in product family

Compare / Select Item ☐          Compare / Select Item ☐          Compare / Select Item ☐

**Silver Stainless Steel Bellman Cart Curved Uprights 8" Pneumatic Casters**
Item #: WG985118SL
Our Price: **$469.95**
Qty: [    ] Add to Cart
See all 8 items in product family

**Gold Stainless Steel Bellman Cart Curved Uprights 6" Rubber Casters**
Item #: WG985118GD
Our Price: **$469.95**
Qty: [    ] Add to Cart
See all 8 items in product family

**Silver Stainless Steel Bellman Cart Curved Uprights 6" Rubber Casters**
Item #: WG985118SL
Our Price: **$439.00**
Qty: [    ] Add to Cart
See all 8 items in product family

Compare / Select Item ☐          Compare / Select Item ☐          Compare / Select Item ☐

**Gold Stainless Steel Bellman Cart Straight Uprights 6" Rubber Casters**
Item #: WG985116GD
Our Price: **$469.95**
Qty: [    ] Add to Cart
See all 8 items in product family

**Gold Stainless Steel Bellman Cart Curved Uprights 8" Pneumatic Casters**
Item #: WG985118GD
Our Price: **$499.95**
Qty: [    ] Add to Cart
See all 8 items in product family

**Ball Crown Bellman Cart 48x25 Satin Aluminum Black Carpet, 6 Gray Pneu Wheels**
Item #: WG985649BK
Our Price: **$1,499.00**
Qty: [    ] Add to Cart
See all 48 items in product family

Compare / Select Item ☐          Compare / Select Item ☐          Compare / Select Item ☐

Exhibit H
Page 38



**Ball Crown Bellman Cart 48x25 Satin Aluminum Black Carpet, 4 Gray Pneu Wheels**
Item #: WG985647BK
**Our Price: $1,419.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 40x25 Satin Brass Black Carpet, 4 Gray Pneu Wheels**
Item #: WG985644BK
**Our Price: $1,499.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 40x25 Satin Aluminum Burgundy Carpet, 6 Gray Pneu Wheels**
Item #: WG985645BY
**Our Price: $1,459.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 40x25 Satin Brass Black Carpet, 6 Gray Pneu Wheels**
Item #: WG985646BK
**Our Price: $1,549.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 40x25 Satin Aluminum Black Carpet, 4 Black Pneu Wheels**
Item #: WG985651BK
**Our Price: $1,409.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 40x25 Satin Brass Gray Carpet, 6 Gray Pneu Wheels**
Item #: WG985646GY
**Our Price: $1,549.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 40x25 Satin Brass Burgundy Carpet, 6 Gray Pneu Wheels**
Item #: WG985646BY
**Our Price: $1,549.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 48x25 Satin Aluminum Gray Carpet, 6 Black Pneu Wheels**
Item #: WG985657GY
**Our Price: $1,499.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 48x25 Satin Brass Gray Carpet, 6 Black Pneu Wheels**
Item #: WG985658GY
**Our Price: $1,619.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 48x25 Satin Brass Black Carpet, 6 Gray Pneu Wheels**
Item #: WG985650BK
**Our Price: $1,619.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 40x25 Satin Aluminum Gray Carpet, 6 Black Pneu Wheels**
Item #: WG985653GY
**Our Price: $1,459.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Ball Crown Bellman Cart 48x25 Satin Brass Gray Carpet, 4 Gray Pneu Wheels**
Item #: WG985648GY
**Our Price: $1,539.00**
**Qty:** Add to Cart
See all 48 items in product family

**Compare / Select Item**

**Compare / Select Item**

**Compare / Select Item**

Exhibit H
Page 39



**Ball Crown Bellman Cart 40x25 Satin Brass Gray Carpet, 4 Black Pneu Wheels**
Item #: WG985652GY
Our Price: $1,499.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 40x25 Satin Brass Burgundy Carpet, 6 Blk Pneu Wheels**
Item #: WG985653BY
Our Price: $1,459.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 40x25 Satin Aluminum Black Carpet, 6 Black Pneu Wheels**
Item #: WG985653BK
Our Price: $1,459.00
Qty: [    ] Add to Cart
See all 48 items in product family

Compare / Select Item ☐     Compare / Select Item ☐     Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Brass Gray Carpet, 4 Black Pneu Wheels**
Item #: WG985656GY
Our Price: $1,539.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 48x25 Satin Brass Burgundy Carpet, 6 Gray Pneu Wheels**
Item #: WG985650BY
Our Price: $1,619.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 40x25 Satin Aluminum Black Carpet, 6 Gray Pneu Wheels**
Item #: WG985645BK
Our Price: $1,459.00
Qty: [    ] Add to Cart
See all 48 items in product family

Compare / Select Item ☐     Compare / Select Item ☐     Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Aluminum Black Carpet, 6 Black Pneu Wheels**
Item #: WG985657BK
Our Price: $1,499.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 40x25 Satin Brass Burgundy Carpet, 4 Gray Pneu Wheels**
Item #: WG985644BY
Our Price: $1,499.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 48x25 Satin Aluminum Burgundy Carpet, 6 Blk Pneu Wheels**
Item #: WG985657BY
Our Price: $1,499.00
Qty: [    ] Add to Cart
See all 48 items in product family

Compare / Select Item ☐     Compare / Select Item ☐     Compare / Select Item ☐

**Ball Crown Bellman Cart 40x25 Satin Brass Burgundy Carpet, 6 Black Pneu Wheels**
Item #: WG985654BY
Our Price: $1,549.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 40x25 Satin Brass Black Carpet, 4 Black Pneu Wheels**
Item #: WG985652BK
Our Price: $1,499.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 40x25 Satin Aluminum Gray Carpet, 4 Gray Pneu Wheels**
Item #: WG985643GY
Our Price: $1,409.00
Qty: [    ] Add to Cart
See all 48 items in product family

Compare / Select Item ☐     Compare / Select Item ☐     Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Aluminum Black Carpet, 4 Black Pneu Wheels**
Item #: WG985655BK
Our Price: $1,419.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 48x25 Satin Aluminum Burgundy Carpet, 4 Gray Pneu Wheels**
Item #: WG985647BY
Our Price: $1,419.00
Qty: [    ] Add to Cart
See all 48 items in product family

**Ball Crown Bellman Cart 48x25 Satin Brass Burgundy Carpet, 4 Gray Pneu Wheels**
Item #: WG985648BY
Our Price: $1,539.00
Qty: [    ] Add to Cart
See all 48 items in product family



Compare / Select Item ☐

**Ball Crown Bellman Cart 40x25 Satin Aluminum Gray Carpet, 4 Black Pneu Wheels**
Item #: WG985651GY
Our Price: $1,409.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Aluminum Gray Carpet, 4 Gray Pneu Wheels**
Item #: WG985647GY
Our Price: $1,419.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Aluminum Burgundy Carpet, 4 Blk Pneu Wheels**
Item #: WG985655BY
Our Price: $1,419.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Aluminum Gray Carpet, 4 Black Pneu Wheels**
Item #: WG985655GY
Our Price: $1,419.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Brass Burgundy Carpet, 4 Black Pneu Wheels**
Item #: WG985656BY
Our Price: $1,539.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 40x25 Satin Aluminum Gray Carpet, 6 Gray Pneu Wheels**
Item #: WG985645GY
Our Price: $1,459.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Brass Burgundy Carpet, 6 Black Pneu Wheels**
Item #: WG985658BY
Our Price: $1,619.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 40x25 Satin Brass Burgundy Carpet, 4 Black Pneu Wheels**
Item #: WG985652BY
Our Price: $1,499.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Brass Black Carpet, 4 Black Pneu Wheels**
Item #: WG985656BK
Our Price: $1,539.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Brass Black Carpet, 6 Black Pneu Wheels**
Item #: WG985658BK
Our Price: $1,619.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 40x25 Satin Brass Black Carpet, 6 Black Pneu Wheels**
Item #: WG985654BK
Our Price: $1,549.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

**Ball Crown Bellman Cart 48x25 Satin Brass Gray Carpet, 6 Gray Pneu Wheels**
Item #: WG985650GY
Our Price: $1,619.00
Qty: [____] Add to Cart
See all 48 items in product family ✦

Compare / Select Item ☐

Compare / Select Item ☐

Compare / Select Item ☐

Exhibit H
Page 41



**Ball Crown Bellman Cart 40x25 Satin Aluminum Burgundy Carpet, 4 Blk Pneu Wheels**
Item #: WG985651BY
Our Price: $1,409.00
Qty: [   ] Add to Cart
See all 48 items in product family

Compare / Select Item  □

**Ball Crown Bellman Cart 40x25 Satin Brass Gray Carpet, 6 Black Pneu Wheels**
Item #: WG985654GY
Our Price: $1,549.00
Qty: [   ] Add to Cart
See all 48 items in product family

Compare / Select Item  □

**Ball Crown Bellman Cart 40x25 Satin Aluminum Black Carpet, 4 Gray Pneu Wheels**
Item #: WG985643BK
Our Price: $1,409.00
Qty: [   ] Add to Cart
See all 48 items in product family

Compare / Select Item  □

**Bellman Hotel Cart 35x24 Satin Aluminum W/. Burgundy Carpet & Pneumatic Wheels**
Item #: WG241948BY
Our Price: $599.00
Qty: [   ] Add to Cart
See all 24 items in product family

Compare / Select Item  □

**Bellman Hotel Cart 35x24 Satin Aluminum With Gray Carpet And Pneumatic Wheels**
Item #: WG241948GY
Our Price: $599.00
Qty: [   ] Add to Cart
See all 24 items in product family

---

**Ball Crown Bellman Cart 48x25 Satin Brass Black Carpet, 4 Gray Pneu Wheels**
Item #: WG985648BK
Our Price: $1,539.00
Qty: [   ] Add to Cart
See all 48 items in product family

Compare / Select Item  □

**Ball Crown Bellman Cart 48x25 Satin Aluminum Gray Carpet, 6 Gray Pneu Wheels**
Item #: WG985649GY
Our Price: $1,499.00
Qty: [   ] Add to Cart
See all 48 items in product family

Compare / Select Item  □

**Ball Crown Bellman Cart 40x25 Satin Aluminum Burgundy Carpet, 4 Gray Pneu Wheels**
Item #: WG985643BY
Our Price: $1,409.00
Qty: [   ] Add to Cart
See all 48 items in product family

Compare / Select Item  □

**Bellman Hotel Cart 35x24 Satin Brass With Black Carpet And Rubber Wheels**
Item #: WG241949BK
Our Price: $599.00
Qty: [   ] Add to Cart
See all 24 items in product family

Compare / Select Item  □

**Bellman Hotel Cart 35x24 Satin Brass With Gray Carpet And Rubber Wheels**
Item #: WG241949GY
Our Price: $599.00
Qty: [   ] Add to Cart
See all 24 items in product family

---

**Ball Crown Bellman Cart 40x25 Satin Brass Gray Carpet, 4 Gray Pneu Wheels**
Item #: WG985644GY
Our Price: $1,499.00
Qty: [   ] Add to Cart
See all 48 items in product family

Compare / Select Item  □

**Ball Crown Bellman Cart 48x25 Satin Aluminum Burgundy Carpet, 6 Gray Pneu Wheels**
Item #: WG985649BY
Our Price: $1,499.00
Qty: [   ] Add to Cart
See all 48 items in product family

Compare / Select Item  □

**Bellman Hotel Cart 41x24 Satin Aluminum W/. Burgundy Carpet & Pneumatic Wheels**
Item #: WG241952BY
Our Price: $639.00
Qty: [   ] Add to Cart
See all 24 items in product family

Compare / Select Item  □

**Bellman Hotel Cart 41x24 Satin Brass With Gray Carpet And Pneumatic Wheels**
Item #: WG241954GY
Our Price: $679.00
Qty: [   ] Add to Cart
See all 24 items in product family

Compare / Select Item  □

**Bellman Hotel Cart 35x24 Satin Aluminum With Black Carpet And Pneumatic Wheels**
Item #: WG241948BK
Our Price: $599.00
Qty: [   ] Add to Cart
See all 24 items in product family

Exhibit H
Page 42

Case 2:12-cv-03676-RSWL-PJW   Document 1   Filed 04/27/12   Page 44 of 50   Page ID #:48



Bellman Hotel Cart 41x24 Satin Brass With Burgundy Carpet And Rubber Wheels
Item #: WG241953BY
Our Price: $639.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 41x24 Satin Brass With Gray Carpet And Rubber Wheels
Item #: WG241953GY
Our Price: $639.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 35x24 Satin Brass With Black Carpet And Pneumatic Wheels
Item #: WG241950BK
Our Price: $639.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 41x24 Satin Aluminum With Burgundy Carpet And Rubber Wheels
Item #: WG241951BY
Our Price: $599.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 35x24 Satin Brass With Gray Carpet And Pneumatic Wheels
Item #: WG241950GY
Our Price: $639.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 41x24 Satin Brass With Black Carpet And Rubber Wheels
Item #: WG241953BK
Our Price: $639.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 35x24 Satin Brass With Burgundy Carpet And Pneumatic Wheels
Item #: WG241950BY
Our Price: $639.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 35X24 Satin Aluminum With Burgundy Carpet and Rubber Wheels
Item #: WG241947BY
Our Price: $559.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 41x24 Satin Brass With Black Carpet And Pneumatic Wheels
Item #: WG241954BK
Our Price: $679.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 41x24 Satin Aluminum With Black Carpet And Pneumatic Wheels
Item #: WG241952BK
Our Price: $639.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 41x24 Satin Aluminum With Gray Carpet And Pneumatic Wheels
Item #: WG241952GY
Our Price: $639.00
Qty: [    ] Add to Cart
See all 24 items in product family

Bellman Hotel Cart 41x24 Satin Brass With Burgundy Carpet And Pneumatic Wheels
Item #: WG241954BY
Our Price: $679.00
Qty: [    ] Add to Cart
See all 24 items in product family

Exhibit H
Page 43





**Bellman Hotel Cart 35x24 Satin Brass With Burgundy Carpet And Rubber Wheels**
Item #: WG241949BY
Our Price: $599.00
Qty: Add to Cart
See all 24 items in product family

**Bellman Hotel Cart 35x24 Satin Aluminum With Gray Carpet And Rubber Wheels**
Item #: WG241947GY
Our Price: $559.00
Qty: Add to Cart
See all 24 items in product family

**Bellman Hotel Cart 41 X 24 Satin Aluminum With Black Carpet And Rubber Wheels**
Item #: WG241951BK
Our Price: $599.00
Qty: Add to Cart
See all 24 items in product family

Compare / Select Item

**Bellman Hotel Cart 41 X 24 Satin Aluminum With Gray Carpet And Rubber Wheels**
Item #: WG241951GY
Our Price: $599.00
Qty: Add to Cart
See all 24 items in product family

Compare / Select Item

**Bellman Condo Cart 48x25 Satin Brass Gray Carpet, 6 Rubber Wheels**
Item #: WG251735GY
Our Price: $1,039.00
Qty: Add to Cart
See all 36 items in product family

Compare / Select Item

**Bellman Condo Cart 48x25 Satin Aluminum Black Carpet, 6 Rubber Wheels**
Item #: WG251733BK
Our Price: $919.00
Qty: Add to Cart
See all 36 items in product family

Compare / Select Item

**Bellman Condo Cart 40x25 Satin Brass Gray Carpet, 4 Pneumatic Wheels**
Item #: WG251728GY
Our Price: $879.00
Qty: Add to Cart
See all 36 items in product family

Compare / Select Item

**Bellman Condo Cart 40x25 Satin Brass Black Carpet, 4 Rubber Wheels**
Item #: WG251727BK
Our Price: $839.00
Qty: Add to Cart
See all 36 items in product family

Compare / Select Item

**Bellman Condo Cart 48x25 Satin Brass Black Carpet, 6 Rubber Wheels**
Item #: WG251735BK
Our Price: $1,039.00
Qty: Add to Cart
See all 36 items in product family

Compare / Select Item

**Bellman Condo Cart 40x25 Satin Aluminim Black Carpet, 4 Pneumatic Wheels**
Item #: WG251726BK
Our Price: $839.00
Qty: Add to Cart
See all 36 items in product family

Page: 1 2 3 View 12 Sort By: Sort Results By: Grid View List View

1 - 100 of 212 Results

Exhibit H
Page 44

QUICK ORDER

Qty. Item #
Qty. Item #
Qty. Item #
Qty. Item #
Qty. Item #

ADD TO CART

Need assistance? Call Us
1.888.978.7759

Have a Question?
Click Here For Live Chat

**Customer Service**
Help
Contact Us
About Us
Terms & Conditions
Privacy Policy
Shipping & Returns
Employment
W-9 Form

**Account Information**
Your Account
Order Status
Retrieve Quote
Shopping Cart
Shopping Lists
Apply For Credit
Catalog Unsubscribe

**Site Tools**
Site Map
Inventory Clearance
Affiliate Program
Can't Find It
Rebate Center
Limited Warranty Information
Extended Service Plan
Feedback

Get The HOTTEST News & Deals! email address sign up

Material Handling | Storage & Shelving | Workbench & Shop Desks | Packaging & Supplies | Furniture & Office | Foodservice & Appliances | Janitorial & Maintenance | Tools & Instruments | Fasteners & Hardware | Motors & Power Transmission | HVAC/R & Fans | Electrical & Bulbs | Plumbing Supplies | Safety & Medical

Bookmark To:

Global Industrial Canada

PayPal

Like us on Facebook
and get exclusive limited time offers!

Copyright © 2012 by Global Equipment Company Inc. All Rights Reserved.

Shop With Confidence - 30 Day Satisfaction Guarantee
(58)

Exhibit H
Page 45

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV12- 3676 CAS (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WINSFORD CORPORATION _____ | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) **CV12·3676** CAS (JC(x)) |
| GLOBAL EQUIPMENT COMPANY INC. _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      GLOBAL EQUIPMENT COMPANY INC.
      11 HARBOR PARK DR.
      PORT WASHINGTON, NEW YORK 11050


      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      M. John Carson
      Foley & Lardner LLP
      555 South Flower Street, Suite 3500
      Los Angeles, CA 900701-2411
      Tel: 213.972.4500  Fax: 213.486.0065

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

SHEA BOURGEOIS **SEAL**

Date: April 21, 2012 _____

_____
*Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| THE WINSFORD CORPORATION | GLOBAL EQUIPMENT COMPANY INC. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| M. John Carson, CA Bar No. 25090, Foley & Lardner LLP<br>555 South Flower St., Suite 3500, Los Angeles, CA 90071-2411<br>Tel. 213-972-4500  Fax: 213-486-0065 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ 2,500,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC Section 1114, 15 USC Section 1125

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12·3676

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**



## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No  ☑Yes

If yes, list case number(s): CV12-3343 RSWL (PJWx)

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date April 27, 2012

**Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |