JS-6

M. John Carson (SBN 41285)
e-mail:  jcarson@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone:  213.972.4500
Facsimile:  213.486.0065

Attorneys for Plaintiff
THE WINSFORD CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THE WINSFORD CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EQUIPMENT COMPANY INC.<br><br>Defendant. | Case No:  CV12-03676 RSWL (PJWx)<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Judge:     Hon. Ronald S.W. Lew<br>Complaint Filed:  April 27, 2012 |
|---|---|

WHEREAS, plaintiff The Winsford Corporation ("Winsford") and defendant Global Equipment Company Inc. ("GEC") have entered into a Settlement Agreement of all matters here in controversy and have agreed that all claims asserted in this action should consequently be terminated with an injunction against GEC,

IT IS HEREBY STIPULATED, by the parties, through their counsel, AND IT IS HEREBY ORDERED, by this Court, that:

1.  The Court has jurisdiction over the parties and the subject matter of the dispute and the Settlement Agreement.

2.  Winsford is the owner of a design ("Design Mark"), and that Design Mark is protected by United States Trademark No. 1,682,820 and California

1  Registered Trademark No. 90,138 ("Trademark Registrations").  Winsford owns
2  all right, title, and interest in the Design Mark and the Trademark Registrations.
3  The Trademark Registrations are valid, enforceable, and subsisting.
4         3.  GEC, its agents, servants, employees, affiliates, successors-in-interest and
5  those in active concert or participation with any of them shall be, and hereby are
6  permanently enjoined from using any design or mark that is identical to or
7  confusingly similar to the Design Mark, including those designs specifically
8  identified in the Complaint [Dkt. No. 1].  As part of this injunction:
9         (a)  GEC shall not make, have made, use, import, offer for sale,
10             advertise, sell or otherwise make available any product whose
11             design is identical to or confusingly similar to the Design Mark;
12        (b)  GEC shall not assist or induce any other person or entity to make,
13             have made, use, import, offer for sale, advertise, sell or otherwise
14             make available any product whose design is identical to or
15             confusingly similar to the Design Mark;
16        (c)  GEC shall replace the Accused Depictions on its website (as
17             identified in the Complaint) with images such as those shown in
18             **Exhibit A** hereto that make clear that the applicable products do
19             not have a design that is confusingly similar to the Design Mark.
20        4.  This Court shall retain jurisdiction to consider and determine any breach
21  of the Settlement Agreement entered into between the parties hereto and those
22  parties agree that any matter arising out of or relating to that Settlement Agreement
23  shall be litigated in this Court.
24        IT IS SO ORDERED.
25        Dated: June 26, 2012                    RONALD S.W. LEW
26                                                Hon. Ronald S.W. Lew
27                                                Senior, U.S. District Court Judge
28